GABRIEL MARKEL       *       NO. 2023-CA-0704

VERSUS       *       COURT OF APPEAL

SHANTELL PRICE       *       FOURTH CIRCUIT

      *       STATE OF LOUISIANA

      *

      *

* * * * * * *

*JCL*       **LOBRANO, J., CONCURS IN THE RESULT**